IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE NIXON                                                                         PLAINTIFF

v.                              3:17CV00233-JLH

STEVE ROURX, Jail Administrator,
Poinsett County Detention Center; *et al.*                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint and Amended Complaint (Doc. Nos. 2, 5) are DISMISSED without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 17th day of November, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE